IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                    Case No. 14-cv-716-jdp

MARGERY BETH BRUTSCHER,

      Defendant.

---

**ENTRY OF DEFAULT**

---

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against Defendant Margery Beth Brutscher.

It appearing from the record that Defendant has failed to appear, plead, or otherwise defend, the default against Defendant is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this  10th  day of  February , 2015.

                                                        s/L. Kamke, Deputy Clerk
                                                        PETER OPPENEER
                                                        Clerk of Court
                                                        United States District Court
                                                         Western District of Wisconsin